[No. 30650-0-III.   Division Three.   June 13, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES C. CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-1-01313-1, Craig J. Matheson, J., entered February 15, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 42657-9-II.   Division Two.   June 14, 2013.]

GAIL DAVERN, *Respondent*, v. TIM LIDDIARD ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pacific County, No. 10-2-00362-4, Michael J. Sullivan, J., entered September 7, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Bjorgen, JJ.

[No. 61980-2-I.   Division One.   June 17, 2013.]

*In the Matter of the Personal Restraint of* JOHN ALLEN WHITAKER, *Petitioner*.

Petition for relief from personal restraint. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 68006-4-I.   Division One.   June 17, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY MATTHEW HARPER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-00199-3, Jim Rogers, J., entered November 18, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Cox and Dwyer, JJ.